In the Matter of GEORGE GOEB, SR., Deceased.
MARY G. PRINA et al., Appellants; GEORGE GOEB, JR., Respondent.

Submitted May 20, 1943; decided June 18, 1943.

*Edward Devlin* for Mary G. Prina, appellant.

*Murray Kurman* and *Benjamin Schaffer* for respondent.

Order affirmed, with costs to the respondent payable out of the estate; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.